UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/27/08**

**Plaintiff:** United States

**v.**  **No.** CR-08-00470 CW

**Defendant:** Hoa Quoc To (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne for Josh Hill

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Trial Setting (initial app.)**

**Notes:** This was the defendant's first appearance before District Judge. Government has provided preliminary discovery; defense will be asking for additional discovery. Defense may be filing motion to suppress. **Case continued to 9/17/08 at 2:00 p.m. for motions setting or trial setting or disposition.** Time excluded for effective preparation.

Copies to: Chambers